UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID PITTS and RANDY BURNETT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | NO. 3:22-cv-00042 ) ) |
| CANNON COUNTY AMBULANCE SVC, and CANNON COUNTY, TENNESSEE, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The parties have filed a Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. No. 22). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE